Liza M. Walsh
Hector D. Ruiz
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel.: (973) 535-0500
Fax: (973) 535-9217

*Attorneys for Defendant
Chrysler Group LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CUOZZO SPEED TECHNOLOGIES LLC, | Civ. Action No. 12-03623 (CCC/JAD) |
| Plaintiff, | |
| v. | ~~PROPOSED~~ ORDER |
| GARMIN INTERNATIONAL, INC.; GARMIN USA, INC.; AND CHRYSLER GROUP LLC, | *Electronically Filed* |
| Defendants. | |

**THIS MATTER** having been opened to the Court by Connell Foley LLP, attorneys for Defendant, Chrysler Group LLC ("Chrysler"), for the entry of an Order admitting Megan S. Woodworth of the law firm of Dickstein Shapiro LLP, *pro hac vice*, counsel for Plaintiffs having consented, and for good cause having been shown;

**IT IS** on this ___ day of ___Oct.___, 2012,

**ORDERED** that Megan S. Woodworth is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Chrysler in this matter; and it is further

**ORDERED** that Megan S. Woodworth shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Megan S. Woodworth shall, for the duration of the time she serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Megan S. Woodworth shall notify the Court immediately of any disciplinary matter affecting her standing at the bar of any jurisdiction; and it is further

**ORDERED** that Megan S. Woodworth shall have all pleadings, briefs, and other papers filed with the Court in this matter signed by Liza M. Walsh or her partners or associates as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Megan S. Woodworth may serve as counsel *pro hac vice* in this matter.

_____
Hon. Joseph A. Dickson, U.S.M.J.

2787250-01