**Bruce D. Vargo, Esq.**
**SCARPONE & VARGO LLC**
50 Park Place, Suite 1003
Newark, New Jersey 07102
Tel: (973) 623-4101
Fax: (973) 623-4181
bvargo@scarponevargo.com
*Attorneys for Plaintiff Cuozzo Speed Technologies LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CUOZZO SPEED TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> GARMIN INTERNATIONAL, INC., GARMIN USA, INC. and CHRYSLER GROUP LLC, <br><br> Defendants. | CASE NO.: 2:12-cv-3623-CCC-JAD <br><br> **ORDER** |

THIS MATTER was brought before the Court by Scarpone & Vargo LLC, counsel for Cuozzo Speed Technologies LLC, on an application for an Order allowing David A. Skeels, Esq., of Friedman, Suder & Cooke, to appear and participate in these proceedings *pro hac vice* pursuant to Local Civil Rule 101.1. The Court has considered the papers submitted by the parties; and for good cause shown,

**IT IS** on this 23 day of October, 2012,

**ORDERED** that David A. Skeels, Esq. of Friedman, Suder & Cooke, a member of the Bar of the State of Texas, be permitted to appear and participate in these proceedings *pro hac vice* pursuant to Local Civil Rule 101.1;

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Scarpone & Vargo LLC, attorneys of record for Cuozzo Speed Technologies LLC, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby;

**ORDERED** that Mr. Skeels, if he is not already in compliance with New Jersey Court Rule 1:28-2 for this calendar year, shall each pay the annual fee of $199.00 to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order;

**ORDERED** that Mr. Skeels shall each make payment of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order;

**ORDERED** that Mr. Skeels shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys; and

**ORDERED** that Mr. Skeels shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule 1:27-7, as amended.

_____
Honorable Joseph A. Dickson
**United States Magistrate Judge**