
**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CUOZZO SPEED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br>v.<br><br>GARMIN INT'L, INC., et al.,<br><br>Defendants. | Civil Action No. 2:12-cv-3623<br>(CCC)(JAD) |
| CUOZZO SPEED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br>v.<br><br>GENERAL MOTORS LLC, et al.,<br><br>Defendants. | Civil Action No. 2:12-cv-3624<br>(CCC)(JAD) |
| CUOZZO SPEED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br>v.<br><br>JVC AMERICAS CORP.,<br><br>Defendant. | Civil Action No. 2:12-cv-3625<br>(CCC)(JAD) |
| CUOZZO SPEED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br>v.<br><br>TOMTOM, INC., et al.,<br><br>Defendants. | Civil Action No. 2:12-cv-3626<br>(CCC)(JAD) |

This matter having come before the Court during an in person status conference held on August 1, 2013, in the matters Cuozzo Speed Technologies, LLC v. Garmin Int'l Inc., et al., Civ. A. No. 2:12-cv-3623 (CCC)(JAD) and Cuozzo Speed Technologies, LLC v. JVC Americas

1

Corp., Civ. A. No. 2:12-cv-3625 (CCC)(JAD) (together, the "Garmin and JVC Matters"), and the Court having considered the submissions and arguments of the parties, and for good cause shown,

IT IS on this ___ day of August, 2013

**ORDERED** that the following scheduling Order shall apply to the Garmin and JVC Matters only[1]:

1) Infringement contentions pursuant to L.Pat.R. 3.1 shall be served by August 15, 2013, and shall be responded to in accordance with the Rule; and

2) Invalidity contentions pursuant to L.Pat.R. 3.3 shall be served by September 30, 2013, and shall be responded to in accordance with the Rule; and

**IT IS FURTHER ORDERED** a Markman hearing shall not occur until after the Patent Trial and Appeal Board of the United States Patent and Trademark Office (the "Board") renders a decision in the pending *inter partes* review proceeding, No. IPR2012-00001. Once such a decision is rendered, each party shall submit to the Court a status report setting forth its understanding of the Board's ruling and the implications and/or consequences of such ruling on this matter; and

**IT IS FURTHER ORDERED** that an in person status conference shall be held on 9/5/13 @ 2:00 pm before Judge Dickson in Newark, Courtroom 2D.

**SO ORDERED**

_____
JOSEPH A. DICKSON, U.S.M.J.

cc: Hon. Claire C. Cecchi, U.S.D.J.

---

[1] The Court notes that this Order is being docketed in the following matters for informational purposes only: Cuozzo Speed Technologies, LLC v. General Motors LLC, et al., Civ. A. No. 2:12-cv-3624 (CCC)(JAD) and Cuozzo Speed Technologies, LLC v. TomTom, Inc., Civ. A. No. 2:12-cv-3626 (CCC)(JAD). Separate scheduling orders shall be entered in these actions as necessary.