IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CUOZZO SPEED TECHNOLOGIES LLC,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>  )<br>GARMIN INTERNATIONAL, INC.,  )<br>GARMIN USA, INC., AND CHRYSLER  )<br>GROUP LLC  )<br>  )<br>  Defendant.  ) | C.A. No. 2:12-cv-03623-CCC-JAD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS GARMIN INTERNATIONAL, INC AND GARMIN USA, INC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Cuozzo Speed Technologies LLC and Defendants Garmin International, Inc. and Garmin USA, Inc. (together, the "Parties") hereby stipulate to the dismissal with prejudice of all claims and counterclaims between the Parties in the above-entitled action.

The Parties further stipulate that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

                Respectfully submitted,

By:   *s/Lawrence C. Hersh*
       Lawrence C. Hersh
       17 Sylvan Street, Suite 102B
       Rutherford, New Jersey 07070
       Telephone (201) 507-6300
       Facsimile  (201) 507-6311
       lh@hershlegal.com

       Neal G. Massand
       *Admitted Pro Hac Vice*
       NI, WANG & MASSAND, PLLC
       8140 Walnut Hill Lane, Suite 310
       Dallas, Texas 75231
       Telephone (972) 331-4601
       Facsimile (972) 314-0900
       nmassand@nilawfirm.com

       *Attorneys for Plaintiff Cuozzo Speed Technologies, LLC*


By:   */s/ Leda D. Wettre*
       Leda D. Wettre
       Michael J. Gesualdo
       ROBINSON, WETTRE & MILLER LLC
       One Newark Center, 19th Floor
       Newark, New Jersey 07102
       Phone: (973) 690-5400
       Facsimile: (973) 466-2760
       lwettre@rwmlegal.com
       mgesualdo@rwmlegal.com

       Eric A. Buresh
       Jason R. Mudd
       Ajay A. Sharma
       ERISE IP, P.A.
       6201 College Boulevard, Suite 300
       Overland Park, Kansas 66211
       Phone: (913) 777-5600
       Facsimile: (913) 777-5601

       *Attorneys for Defendants Garmin International, Inc. and Garmin USA, Inc.*

SO ORDERED this ___ day of _____ 2014.

_____
CLAIRE C. CECCHI, U.S.D.J.