IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CUOZZO SPEED TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 2:12-cv-03623-CCC-JAD |
| v. | ) | |
| | ) | **STIPULATION AND ORDER OF** |
| GARMIN INTERNATIONAL, INC., | ) | **DISMISSAL WITH PREJUDICE AS TO** |
| GARMIN USA, INC., AND CHRYSLER | ) | **DEFENDANTS GARMIN** |
| GROUP LLC | ) | **INTERNATIONAL, INC AND GARMIN** |
| | ) | **USA, INC** |
| Defendant. | ) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Cuozzo Speed Technologies LLC and Defendants Garmin International, Inc. and Garmin USA, Inc. (together, the "Parties") hereby stipulate to the dismissal with prejudice of all claims and counterclaims between the Parties in the above-entitled action.

The Parties further stipulate that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

Respectfully submitted,

By:     s/Lawrence C. Hersh
        Lawrence C. Hersh
        17 Sylvan Street, Suite 102B
        Rutherford, New Jersey 07070
        Telephone (201) 507-6300
        Facsimile  (201) 507-6311
        lh@hershlegal.com

        Neal G. Massand
        *Admitted Pro Hac Vice*
        NI, WANG & MASSAND, PLLC
        8140 Walnut Hill Lane, Suite 310
        Dallas, Texas 75231
        Telephone (972) 331-4601
        Facsimile (972) 314-0900
        nmassand@nilawfirm.com

        *Attorneys for Plaintiff Cuozzo Speed
        Technologies, LLC*


By:      /s/ Leda D. Wettre
        Leda D. Wettre
        Michael J. Gesualdo
        ROBINSON, WETTRE & MILLER LLC
        One Newark Center, 19th Floor
        Newark, New Jersey 07102
        Phone: (973) 690-5400
        Facsimile: (973) 466-2760
        lwettre@rwmlegal.com
        mgesualdo@rwmlegal.com

        Eric A. Buresh
        Jason R. Mudd
        Ajay A. Sharma
        ERISE IP, P.A.
        6201 College Boulevard, Suite 300
        Overland Park, Kansas 66211
        Phone: (913) 777-5600
        Facsimile: (913) 777-5601

        *Attorneys for Defendants Garmin
        International, Inc. and Garmin USA,
        Inc.*

SO ORDERED this 27th day of Jan. 2014.

CLAIRE C. CECCHI, U.S.D.J.