UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

————————————————————X
:   Civil Action No. 2:12-cv-3623
Cuozzo Speed Technologies LLC              :
:
                Plaintiff,       :   **STIPULATION OF DISMISSAL**
vs.                                                         :
:
Garmin International, Inc., Garmin USA, Inc.,   :
and Chrysler Group LLC                         :
:
                Defendants.      :
————————————————————X

**STIPULATION OF DISMISSAL**

    Under Federal Rule of Civil Procedure 41(a), Cuozzo Speed Technologies LLC dismisses its claims against Chrysler Group LLC with prejudice, and the parties voluntarily agree to dismissal of the above-captioned case in its entirety. Each party shall bear its own attorneys' fees and costs.

    SO ORDERED: _____

              Hon. Claire C. Cecchi, U.S.D.J.

                                        By:  /s/ Megan S. Woodworth
                                        Liza M. Walsh
                                        Hector D. Ruiz
                                        CONNELL FOLEY LLP
                                        85 Livingston Avenue
                                        Roseland, New Jersey 07068
                                        Tel.: (973) 535-0500
                                        Fax: (973) 535-9217

                                        Frank C. Cimino Jr.
                                        Megan Woodworth
                                        DICKSTEIN SHAPIRO LLP
                                        1825 Eye St NW
                                        Washington, DC 2006
                                        Tel.: (202) 420-2200
                                        Fax: (202) 420-2201

                                        *Attorneys for Defendant*
                                        *Chrysler Group LLC*

1

By: s/Lawrence C. Hersh
Lawrence C. Hersh
17 Sylvan Street, Suite 102B
Rutherford, New Jersey 07070
Telephone (201) 507-6300
Facsimile (201) 507-6311
lh@hershlegal.com


Neal G. Massand
*Admitted Pro Hac Vice*
Ni, Wang & Massand, PLLC
8140 Walnut Hill Lane, Suite 310
Dallas, Texas 75231
(972) 331-4601


*Attorneys for Plaintiff Cuozzo Speed Technologies, LLC*