UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------X
Cuozzo Speed Technologies LLC : Civil Action No. 2:12-cv-3623
:
:
Plaintiff, : **STIPULATION OF DISMISSAL**
vs. :
:
Garmin International, Inc., Garmin USA, Inc., :
and Chrysler Group LLC :
:
Defendants. :
---------------------------------------------------------X

## STIPULATION OF DISMISSAL

Under Federal Rule of Civil Procedure 41(a), Cuozzo Speed Technologies LLC dismisses its claims against Chrysler Group LLC with prejudice, and the parties voluntarily agree to dismissal of the above-captioned case in its entirety. Each party shall bear its own attorneys' fees and costs.

SO ORDERED: _____ 4/10/14

Hon. Claire C. Cecchi, U.S.D.J.

By: /s/ Megan S. Woodworth
Liza M. Walsh
Hector D. Ruiz
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel.: (973) 535-0500
Fax: (973) 535-9217

Frank C. Cimino Jr.
Megan Woodworth
DICKSTEIN SHAPIRO LLP
1825 Eye St NW
Washington, DC 2006
Tel.: (202) 420-2200
Fax: (202) 420-2201

*Attorneys for Defendant*
*Chrysler Group LLC*

1

By: <u>s/Lawrence C. Hersh</u>
Lawrence C. Hersh
17 Sylvan Street, Suite 102B
Rutherford, New Jersey 07070
Telephone (201) 507-6300
Facsimile  (201) 507-6311
lh@hershlegal.com

Neal G. Massand
*Admitted Pro Hac Vice*
Ni, Wang & Massand, PLLC
8140 Walnut Hill Lane, Suite 310
Dallas, Texas 75231
(972) 331-4601

*Attorneys for Plaintiff Cuozzo Speed Technologies, LLC*